BENJAMIN MOORE, PLAINTIFF-PETITIONER, v. ERNEST SCHULTZ, ET ALS., DEFENDANTS-RESPONDENTS.

See same case below: 22 *N. J. Super.* 24.

*Messrs. Doughty & Dwyer* for the petitioner.

*Messrs. Hein & Smith* and *Mr. Ira D. Dorian* for the respondents.

January 19, 1953.   Granted.

WALTER P. CHAPMAN, PETITIONER-RESPONDENT, v. ATLANTIC TRANSPORTATION CO., RESPONDENT-PETITIONER.

See same case below: 21 *N. J. Super.* 589.

*Messrs. Shaw, Hughes & Pindar* for the petitioner.

*Mr. Carl Gelman* and *Mr. Aaron Gordon* for the respondent.

January 26, 1953.   Denied.